**File Hashes for IP Address 75.179.162.41**

**ISP:** Time Warner Cable
**Physical Location:** Columbus, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/02/2014 18:17:56 | FB19F226C1720F9C293C5E9CB07021829E151D92 | One Show For Each |
| 11/02/2014 18:15:07 | 1FA451E3EA5E606AE968B50568A14A91009121DE | Do Me Darling |
| 11/02/2014 18:08:35 | FA8D0B9F665E467C64781AC8DE24DD92BD2E79B0 | Double Oh Heaven |
| 10/08/2014 00:23:05 | F6FF9C4BAA2364BDE161C66905B9C8629807A429 | Fucking Goddesses |
| 09/17/2014 00:46:22 | DD54541DD3CE9E43D2314BC8BCA659AB983DE330 | Sexy En Noir |
| 09/17/2014 00:22:28 | 42E13D313953E70CA83108D9C51456D542C3C418 | Paint Me White |
| 08/13/2014 01:05:32 | 5B32D60083406BC236B46BE60E53E7EE916D9D7A | For Your Eyes Only |
| 08/13/2014 00:49:50 | FBC95C4CDE158BF73446B92F5DAD34BD625F3E85 | In the Blind |
| 08/13/2014 00:44:30 | 874A2891B4C21EDF0EF1C4DFA7AB0FC082648EC5 | Any And All For You |
| 07/15/2014 17:23:33 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 07/15/2014 17:07:16 | 4D22A6A2722EF5D09622B6CA066EAE74F47BBC2E | Yours Forever |
| 07/01/2014 18:08:56 | EE7CEAB4C681F416780C8C8250F135FAE869A187 | Give Me More Part 2 |
| 07/01/2014 18:06:05 | CA0882920C0B67C717D12240EC254EE8E76C3E22 | Come Close |
| 05/13/2014 16:41:44 | AE64E35AE7E75AE973222BA3BFE1C4F7388FD915 | Perfect Timing |
| 05/13/2014 16:39:51 | F1621D2B5FAA4D908AF1D7819E91330552105F3F | Rope Priority |
| 05/03/2014 18:14:55 | 099CD944C380A7584F0D4C8BE3962BBD95F1F3D7 | Tantric Massage |
| 05/03/2014 17:17:55 | 6483289EFE2DA2082FBC6E9FD231AC4BEA741828 | My Days in Rome |
| 03/27/2014 11:28:08 | A6DE30A49744E557C0DC6D8245519F17589F8B7E | Remembering Strawberry Wine |
| 01/07/2014 21:04:18 | 5164978A92B85A0E02BB83908988321A30590905 | And Then There Was You |
| 01/07/2014 20:43:16 | B41795A22A24D95025A53DAEA30E94AE1651509E | Santas Little Helper |
| 01/07/2014 18:03:28 | 6BC83D1D6ED16DCEA087C5CD8057502A2991D1E1 | Apertif Our Style |
| 01/07/2014 17:51:10 | E5E2D460CE30899508B5E25205738A8A8A6666E7 | Zeppelin on Fire |

EXHIBIT A

SOH161

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/07/2014 17:50:31 | C3CE84B39280F7CD98A04923E7BB845AFED4AC5E | In for the Night |

**Total Statutory Claims Against Defendant: 23**

EXHIBIT A

SOH161