**Copyrights-In-Suit for IP Address 75.179.162.41**

**ISP:** Time Warner Cable
**Location:** Columbus, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 11/02/2014 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 11/02/2014 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 11/02/2014 |
| Fucking Goddesses | PA0001916051 | 09/30/2014 | 10/06/2014 | 10/08/2014 |
| Sexy En Noir | PA0001909783 | 08/22/2014 | 08/26/2014 | 09/17/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 09/17/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 08/13/2014 |
| In the Blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 08/13/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/13/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 07/15/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/15/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 07/01/2014 |
| Come Close | PA0001905140 | 06/23/2014 | 06/30/2014 | 07/01/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/13/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/13/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/03/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 05/03/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/27/2014 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 01/07/2014 |
| Santas Little Helper | PA0001874520 | 12/23/2013 | 12/30/2013 | 01/07/2014 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 01/07/2014 |

EXHIBIT B

SOH161

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/07/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/07/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  23**

EXHIBIT B

SOH161