

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001895665

Search Results: Displaying 1 of 1 entries



Labeled View

### *A Thought of You Part 2.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001895665 / 2014-05-16 |
| **Application Title:** | A Thought of You Part 2. |
| **Title:** | A Thought of You Part 2. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-05-13 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format [Full Record ▼] | [Format for Print/Save] |
| Enter your email address: [                    ] | [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001874615

Search Results: Displaying 1 of 1 entries



Labeled View

### *And Then There Was You.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001874615 / 2014-01-05 |
| **Application Title:** | And Then There Was You. |
| **Title:** | And Then There Was You. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-12-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|:---|:---|
| Select Download Format  Full Record ▼ | Format for Print/Save |
| Enter your email address: | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001908677

Search Results: Displaying 1 of 1 entries



Labeled View

*Any And All For You.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001908677 / 2014-08-11 |
| **Application Title:** | Any And All For You. |
| **Title:** | Any And All For You. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-08-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001874522

Search Results: Displaying 1 of 1 entries



**Labeled View**

***Apertif Our Style.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001874522 / 2013-12-30 |
| **Application Title:** | Apertif Our Style. |
| **Title:** | Apertif Our Style. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-12-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | [Malibu Media LLC](Malibu Media LLC) |



| Save, Print and Email ([Help Page](Help Page)) | |
|---|---|
| Select Download Format [Full Record ▼] | [Format for Print/Save] |
| Enter your email address: [_____] | [Email] |

[Help](Help)  [Search](Search)  [History](History)  [Titles](Titles)  [Start Over](Start Over)

[Contact Us](Contact Us)  |  [Request Copies](Request Copies)  |  [Get a Search Estimate](Get a Search Estimate)  |  [Frequently Asked Questions (FAQs) about Copyright](FAQs)
[Copyright Office Home Page](Copyright Office Home Page)  |  [Library of Congress Home Page](Library of Congress Home Page)



## Public Catalog

 Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001905140

Search Results: Displaying 1 of 1 entries



Labeled View

***Come Close.***

|   |   |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001905140 / 2014-06-30 |
| **Application Title:** | Come Close. |
| **Title:** | Come Close. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-06-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ▼ | Format for Print/Save |
| Enter your email address: | Email |

Help     Search     History     Titles     Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001921297
Search Results: Displaying 1 of 1 entries



Labeled View

### *Do Me Darling.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001921297 / 2014-11-06
**Application Title:** Do Me Darling.
**Title:** Do Me Darling.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2014
**Date of Publication:** 2014-10-24
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** [Malibu Media LLC](#)



| Save, Print and Email ([Help Page](#)) | |
|---|---|
| Select Download Format   Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

---

[Help](#)  [Search](#)  [History](#)  [Titles](#)  [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001918736
Search Results: Displaying 1 of 1 entries



Labeled View

### *Double Oh Heaven.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001918736 / 2014-10-22 |
| **Application Title:** | Double Oh Heaven. |
| **Title:** | Double Oh Heaven. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-10-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ▼ | Format for Print/Save |
| Enter your email address: | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001909485
Search Results: Displaying 1 of 1 entries



Labeled View

### *For Your Eyes Only.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001909485 / 2014-08-19 |
| **Application Title:** | For Your Eyes Only. |
| **Title:** | For Your Eyes Only. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-08-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format [Full Record ▼] | [Format for Print/Save] |
| Enter your email address: [ ] | [Email] |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001916051
Search Results: Displaying 1 of 1 entries


◀ previous   next ▶

Labeled View

*Fucking Goddesses.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001916051 / 2014-10-06
**Application Title:** Fucking Goddesses.
**Title:** Fucking Goddesses.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2014
**Date of Publication:** 2014-09-30
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** [Malibu Media LLC](#)


◀ previous   next ▶

| Save, Print and Email ([Help Page](#)) |
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#)
[Copyright Office Home Page](#) | [Library of Congress Home Page](#)



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001905479
Search Results: Displaying 1 of 1 entries



Labeled View

*Give Me More Part 2.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001905479 / 2014-07-02 |
| **Application Title:** | Give Me More Part 2. |
| **Title:** | Give Me More Part 2. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-06-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001874670
Search Results: Displaying 1 of 1 entries



Labeled View

### *In For The Night.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001874670 / 2014-01-06 |
| **Application Title:** | In For The Night. |
| **Title:** | In For The Night. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-01-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



---

# Public Catalog

 Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001909487

Search Results: Displaying 1 of 1 entries



---

Labeled View

---

### *In the Blind.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001909487 / 2014-08-20 |
| **Application Title:** | In the Blind. |
| **Title:** | In the Blind. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-08-08 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



---

| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record ▼    Format for Print/Save |
| Enter your email address: | _____   Email |

---

Help | Search | History | Titles | Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001886187
Search Results: Displaying 1 of 1 entries



Labeled View

*My Days in Rome.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001886187 / 2014-04-02 |
| **Application Title:** | My Days in Rome. |
| **Title:** | My Days in Rome. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-03-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]   [Format for Print/Save] |
| Enter your email address: [                    ]   [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001921295
Search Results: Displaying 1 of 1 entries



Labeled View

***One Show For Each.***

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001921295 / 2014-11-06 |
| **Application Title:** | One Show For Each. |
| **Title:** | One Show For Each. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-10-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

Help    Search    History    Titles    Start Over



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001909785
Search Results: Displaying 1 of 1 entries



Labeled View

### *Paint Me White.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001909785 / 2014-08-26 |
| **Application Title:** | Paint Me White. |
| **Title:** | Paint Me White. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-08-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | [Malibu Media LLC](#) |



| Save, Print and Email ([Help Page](#)) |
|---|
| Select Download Format   Full Record ▾   [Format for Print/Save] |
| Enter your email address:    [_____]   [Email] |

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) |
[Copyright Office Home Page](#) | [Library of Congress Home Page](#)



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001895848
Search Results: Displaying 1 of 1 entries



**Labeled View**

*Perfect Timing.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001895848 / 2014-05-16 |
| **Application Title:** | Perfect Timing. |
| **Title:** | Perfect Timing. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-05-07 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ] Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001885184
Search Results: Displaying 1 of 1 entries



Labeled View

### *Remembering Strawberry Wine.*

|                              |                                                                                     |
|------------------------------|-------------------------------------------------------------------------------------|
| **Type of Work:**            | Motion Picture                                                                      |
| **Registration Number / Date:** | PA0001885184 / 2014-03-24                                                        |
| **Application Title:**       | Remembering Strawberry Wine.                                                         |
| **Title:**                   | Remembering Strawberry Wine.                                                         |
| **Description:**             | Electronic Deposit.                                                                  |
| **Copyright Claimant:**      | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.  |
| **Date of Creation:**        | 2014                                                                                |
| **Date of Publication:**     | 2014-03-11                                                                           |
| **Nation of First Publication:** | United States                                                                   |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:**                   | Malibu Media LLC                                                                    |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ▼ | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



---

# Public Catalog

 Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001895760

Search Results: Displaying 1 of 1 entries



---

Labeled View

---

***Rope Priority.***

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001895760 / 2014-05-16 |
| **Application Title:** | Rope Priority. |
| **Title:** | Rope Priority. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-05-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



---

| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼  Format for Print/Save |
| Enter your email address:                            Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001874520
Search Results: Displaying 1 of 1 entries



Labeled View

### *Santas Little Helper.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001874520 / 2013-12-30 |
| **Application Title:** | Santas Little Helper. |
| **Title:** | Santas Little Helper. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-12-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format [Full Record ▼] | [Format for Print/Save] |
| Enter your email address: [          ] | [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001909783
Search Results: Displaying 1 of 1 entries



Labeled View

### *Sexy En Noir.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001909783 / 2014-08-26
**Application Title:** Sexy En Noir.
**Title:** Sexy En Noir.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2014
**Date of Publication:** 2014-08-22
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** [Malibu Media LLC](#)



| Save, Print and Email ([Help Page](#)) |
|---|
| Select Download Format [ Full Record ▼ ]  [ Format for Print/Save ] |
| Enter your email address: [_____]  [ Email ] |

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#)   |   [Request Copies](#)   |   [Get a Search Estimate](#)   |   [Frequently Asked Questions (FAQs) about Copyright](#)   |
[Copyright Office Home Page](#)   |   [Library of Congress Home Page](#)



## Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

 Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001892180

Search Results: Displaying 1 of 1 entries



*Labeled View*

### *Tantric Massage.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001892180 / 2014-04-29 |
| **Application Title:** | Tantric Massage. |
| **Title:** | Tantric Massage. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-04-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | [Malibu Media LLC](#) |



| **Save, Print and Email ([Help Page](#))** |
|---|
| Select Download Format [Full Record ▼]  [Format for Print/Save] |
| Enter your email address: [_____]  [Email] |

---

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

---

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)



Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001907573
Search Results: Displaying 1 of 1 entries



Labeled View

*Yours Forever.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001907573 / 2014-07-25 |
| **Application Title:** | Yours Forever. |
| **Title:** | Yours Forever. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-07-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ▼ | Format for Print/Save |
| Enter your email address: | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001874614
Search Results: Displaying 1 of 1 entries



Labeled View

*Zeppelin on Fire.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001874614 / 2014-01-05 |
| **Application Title:** | Zeppelin on Fire. |
| **Title:** | Zeppelin on Fire. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-01-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [ Full Record ▼ ]  [ Format for Print/Save ] |
| Enter your email address: [                    ]  [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page